# Sawyer *v.* The Southwest Pennsylvania Pipe Lines, Appellant.

Argued Oct. 19, 1908. Appeal, No. 16, Oct. T., 1908, by defendant, from judgment of Superior Court April T., 1907, No. 185, affirming decree of C. P. No. 1, Allegheny Co., Sept. T., 1906, No. 750, on bill in equity in case of John H. Sawyer *v.* The Southwest Pennsylvania Pipe Lines. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE BROWN, January 4, 1909:

The decree of the Superior Court is affirmed, with costs, for the reasons stated in the opinion this day filed in Davis v. The Southwest Pennsylvania Pipe Lines, ante, p. 56.

---

# J. Charles Dicken *v.* The Southwest Pennsylvania Pipe Lines, Appellant.

Argued Oct. 19, 1908. Appeal, No. 15, Oct. T., 1908, by defendant, from judgment of Superior Court April T., 1907, No. 184, affirming decree of C. P. No. 1, Allegheny Co., Sept. T., 1906, No. 600, on bill in equity in case of J. Charles Dicken *v.* The Southwest Pennsylvania Pipe Lines. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE BROWN, January 4, 1909:

The decree of the Superior Court is affirmed, with costs, for the reasons stated in the opinion this day filed in Davis v. The Southwest Pennsylvania Pipe Lines, ante, p. 56.